**Electronically Filed
Supreme Court
SCAD-16-0000354
10-AUG-2020
09:51 AM**

SCAD-16-0000354

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE: ROBERT L. GARBETT, ESQ., (Deceased)

---

ORIGINAL PROCEEDING

<u>ORDER</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Intermediate Court of Appeals Associate Judge Wadsworth,
assigned by reason of vacancy)

Upon consideration of the July 31, 2020 final report, filed by Chief Disciplinary Counsel of the Office of Disciplinary Counsel Bradley Tamm, as Successor Trustee, pursuant to Rule 2.20 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), over the legal practice of deceased attorney Robert L. Garbett, and the record in this matter, we conclude that nothing further remains to be done in this trusteeship. Therefore,

IT IS HEREBY ORDERED that Successor Trustee Tamm is discharged.

IT IS FURTHER ORDERED that the clerk of the court shall close SCAD-16-0000354.

DATED: Honolulu, Hawai‘i, August 10, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Clyde J. Wadsworth

2